

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00083-CV

| | | |
|---|---|---|
| WALLACE WAYNE BOWMAN, JR., Appellant | § | On Appeal from the 97th District Court |
| | § | |
| | | of Montague County (2018-0424-M-CV) |
| V. | § | |
| | § | June 13, 2019 |
| MONTAGUE COUNTY DISTRICT CLERK, Appellee | | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth